RE: WR 40,953-05
WR-40953-06

40,953-05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

Dear Clerk Abel Acosta

In the above numbered cause of action I've filed a reply to States Reply to Applicant 8 WRIT OF Habeas Corpus.. The reason is because like most courts they dont notify the pro-se's of any action. So I've enclosed a carbon copy of the reply. I ask you to except it and place with my cause(s) of action. I filed the oringals with the 506th Judicial District Court, on Sept 2nd. As you will see in the carbon copy of the order to that clerk.

I Thank you for your time.
I remain your Humble servant

Respectfully

Ricky Stroble 1594772
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Carbon Copied/RCS

RE: 07-03-12,326

08-02-12,777

☖ Sept 2ⁿᵈ 2015

Dear Clerk of Courts

Ive filed a reply to States reply to Heabus Corpus 11.07 please forward to the courts of Criminal Appeals and return the carbon copy for my records after you time date stamp it. Im indigent at this time and the law library is paying for shipment I thank you in advance.

Yes ~~Hath~~

I remain your humble servant

Ricky St
RICKY Stubble pro-se 1594772

Robertson Unit

12071 FM 3522

Abilene, TX 79601

CAUSE NO 07-03-12,326

08-02-12,777

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V | § | OF WALLER COUNTY TEXAS |
| RICKY LEE STROBIE pro-se | § | 506th JUDICIAL DISTRICT |

APPLICANTS REPLY TO STATES RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORPUS

COMES Now Applicant RICKY LEE STROBIE pro-se (STROBIE) to dispute several errors in the States response, to bring to the HONORABLE COURTS Attention the following points of errors:

## 1. ISSUE POINTS OF ERROR

1. It is **NOT** his understanding that the state would remain silent during the summation portion of the sentencing trial, instead It **IS** the understanding that the state would **NOT** make a RECOMMENDATION as to appropriate sentence, because the state had offered to make "NO RECOMMENDATION" in the plea agreement

(1)

(See states response pg 3 #12 and #14) to which the state admitted that "State agrees to recommend: NO Recommendation (IN HAND written text). Now the state wants to say it was a "NO recommendation CAP". State wants the best of both worlds. Wants to offer a deal to keep it out of court, then breach the deal after it was signed by the Honorable Judge, DA's office, Mr. Shoble and Mr. Cahill.

2. Even **IF** attorney or Applicant (STREDSIE) would have objected to the "Breach of a plea agreement". The only way to fix the Sentence Recommendation of THE LIFE recommendation is a New Trial, because the Sentence Recommendation had already been put in front of the Honorable Judge.

3. TEXAS CONSTITUTION ARE STRONGER then its BIG Brother, Federal Constitutions. ART 38.23 supra are mandatory terms "NO Evidence obtained by an officer or other person in violations of **ANY** provision of the Constitution or LAW of the State of Texas or of the Constitution or law of the United State of America, shall be admitted in evidence against the accused on the trial of any criminal case.

(2)

4. The States response: There is un controverted evidence that defendants Attorney did not seek to obtain a hearing on a motion to suppress ILLEGALLY Obtain evidence prior to Any plea and sentencing hearing in either cause of action (see state. Response pg 4 #26) Which proves ineffective assistance of counsel because He (CAHILL) did NOT try to suppress the illegally obtain evidence. He must try or else it is in fact ineffective assistance.

5. STATE REPLY #27 pg 4. Defendant (Applicant) was fully advised by trial counsel about the evidence that was obtained against the defendant though searches, seizures and voluntary turn-overs by third parties, of relevant admissible evidence. Stroble attorney stated that Melissa Hogelin acted in "GOOD FAITH" Stroble figured his lawyer would not LIE to him.

6. ART I sec 9, of the Texas Constitution and Art 38.23 of the Texas code of Criminal Procedures will reinforce the facts that Melissa Hogelin did in fact commit Burglary of Strobles house by going into Strobles house, into Strobles bedroom, into Strobles dirty clothes hamper to get 3 VCR tapes while looking for Change (see Forensic evaluate pg 2 #4 Highlighted)

(3)

(See: Also Police Scene Summary; Melissa admitted and police knew) Melissa Hogelin viewed the (3) Three tapes with minor children, then destroyed (one) kept (one) turned (one) over to the police to which it was used to obtain a warrent for Strobles home. Their was never a OUTCRY from a victum. The Forensic Report (not submitted at trial) or the Doctors report (not submitted by lawyer at trial) was only obtain After Mr Stroble filed with the State Bar on Mr Cahill. These documents PROVE ACTUAL INNOCENCE as shown in (See Exhibit #1) Forensic Reports from the 3rd children center.

7. APPLITANTS Attoney did object to the Photos being entere in punishment trial, OVER RULED by Judge. So that this objection should be reviewable. It was objected to because their is no proof that the photos belong to Stroble because of EMINENT Domain because their was (8) children ages (4) to (17)teen and (5) adults and (3) live in girlfriends and (5) employees that had access to the computer to which had no pass code (2) of the other adults was register sex offenders and had daughters living and access to the same computer

(4)

However the objection should Also been because the evidence was illegally obtain by a burglary of Stobles house against the Texas Constitution vilation (see exhibit # 2) Jenschke V. State 147 SW3d 398 (2004) In that case the Honorable Judge argued that the parents acted in "GOOD FAITH" -the same term Mr Cahill (attorney) used. yet the Court of Criminal Appeals said ART 38.23 must be read as it is written, and until LEGISLATURE AMENDS the Statute it must enforce [it] as written, excluding ALL ILLEGALLY obtained evidence. To which the State would not have a case because of NO OUTCRY.

8. THERE IS NOT AND WAS NOT EVER AN OUTCRY FROM A VICTUM.

9. The state used photos and gave the photos to the Children centers All (3) Three of them to try to teach a child that something happen (see: exhibit Forensic Report pg 4 Line # 23 and answer # 24)

10. WITHOUT THE ILLEGALLY OBTAIN ⊕ EVIDECE THE STATE did not have a case at All. (see: exhibit # 1 Children Assessment Cente (18) eighteen months and 3 different centers the victum still reportly denied sexual abuse by RICKY SMOBIE (Applicant)

(5)

11. STROBIES Attorney (Brent Cahill) was Fired by the Honorable Judges of the county in ever Cause of action Yet the Honorable Judge rehired and paid $11,063.85 for his court appointed (see exhibit #3)

12. #28 of States response. There is Uncontroverted evidence that there was a NO Recommendation (hand written text) as to punishment made by the State in a plea agreement in fact the state said "Strobie was a murder and me deserves a Murders charge" and he deserves a life sentence. THAT is a recommendation by Supreme Court standards. BASS

13. If STROBIES Attorney would have shown STROBIE the DOCTORS REPORTS (not submit in court) or Extended Forensic Evaluation (not submitted by court or lawyer) STROBIE would have never entered into a plea agreement to start with. All these reports suports Strobies Actual Innocence Claims and that their was NO OUTCRY victims

14. Brents J Cahill affidavit does he swear under oath or admit he is telling the truth to which If the Honorable courts would have had a evidentiay hearing Mr Cahill would have been place under oath to tell the truth.

(6)

15. Mr. Strubb was not appointed counsel for this habeas corpus as set out in Tex Code Crim Proc Art 26.04

16. The State did not reply to the Actual Innocence claim of on the 11.07 Habeas Corpus.

<u>PRAYER</u>

Having reviewed the States answer as well as Applicant reply. The Applicant prays for relief due to Actual Innocence.

Respectfully submitted

RICKY STRUBB 1594772

<u>Unsworn Declaration</u>

I swear under penalty of perjury that the foregoing is true and correct as well as offered in GOODFAITH. executed on this day 2nd day of SEPT 2015

Ricky Lee Strubb 1594772

Robertson Unit
12071 FM 3522
Abilene, TX 79601

(9)